**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOHNNIE FITZGERALD HOWARD,**

    **Plaintiff,**

**v.**                                                       **Case No: 8:07-cv-1915-T-30TGW**
                                                                       Case No: 8:04-cv-312-T-30TBM

**DAVID GEE, Hillsborough County
Sheriff, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Vacate Dismissal Order (Dkt. #23). This case was dismissed because Plaintiff did not timely file a properly executed affidavit of indigency in order to proceed *in forma pauperis* and had not otherwise paid the filing fee. The Court grants Plaintiff's motion to vacate the dismissal Order. Said Order is hereby vacated and Plaintiff may proceed herein *in forma pauperis*.

In an effort to avoid filing another complaint, Plaintiff seeks to reinstate his prior case against the same Defendants, to wit: case number 8:04-cv-312-T-30TBM. The prior case (8:04-cv-312-T-30TBM) was dismissed by this Court because Plaintiff did not properly demonstrate that his administrative remedies had been exhausted prior to bringing the action. The present case (8:07-cv-1915-T-30TGW) was dismissed by Judge Lazzara for the same reason. The Eleventh Circuit Court of Appeals reversed Judge Lazzara's dismissal because, after the dismissal of the first case and before the dismissal of the second case, the Supreme

Court changed the law such that exhaustion must now be pled as an affirmative defense and decided on summary judgment.

Therefore, the Order (Dkt. #63) dismissing the first case (8:04-cv-312-T-30TBM) is also VACATED and that case will be consolidated with this new case (8:07-cv-1915-T-30TGW). Having reinstated the first case and consolidated the two actions, there now remains pending Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #39 in case number 8:04-cv-312-T-30TBM). This Court will undertake a review of said motion and enter an order thereon in the near future.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Vacate Dismissal Order (Dkt. #23) is GRANTED. Said Order (Dkt. #18) entered by Judge Lazzara on February 4, 2009, is hereby vacated.

2. Plaintiff may proceed herein *in forma pauperis*.

3. The Order (Dkt. #63) dismissing the first case (8:04-cv-312-T-30TBM) is also VACATED and that case shall be consolidated into the higher case number (8:07-cv-1915-T-30TGW).

4. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #39 in case number 8:04-cv-312-T-30TBM) is now pending.

**DONE** and **ORDERED** in Tampa, Florida on March 19, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2007\07-cv-1915.howard order.frm